UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORP. | ) | CASE NO. 3:04CV7586 |
| | ) | |
| Plaintiff(s), | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY L. MILLER, ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | **JUDGMENT** |

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

9/24/07
DATE

HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
SEP 24 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND